## Commonwealth v. Vaughn, Appellant.

Submitted June 14, 1971. *Frank McDonnell,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Verdier, Appellant.

Submitted June 18, 1971. *Theodore S. Danforth,* Public Defender, for appellant; *George T. Brubaker,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Waters, Appellant.

Submitted June 14, 1971. *Julius E. Fioravanti,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.